**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                          Case No:  8:10-mc-107-T-30TGW

JOHN B. MANNING, et al.,

      Defendants.

_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #10). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.      The Report and Recommendation (Dkt. #10) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2.     The United States of America's Petition to Enforce the IRS Summons (Dkt. #1) is GRANTED.

3.     Defendant JOHN B. MANNING is ordered to comply with the IRS summonses served upon him, and is allowed up to, and including, August 15, 2011, to produce the requested documents.

4.     The Plaintiff is thereafter directed to file an appropriate Notice of Compliance or Non-Compliance, as the case may be, to keep the Court informed of the status of this case.

**DONE** and **ORDERED** in Tampa, Florida on March 22, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


<u>**Copies Furnished to**</u>:
Counsel/Parties of Record

S:\Odd\2010\10-mc-107.adopt 10.wpd