UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    Petitioner,

v.                                    CASE NO:  8:10-MC-107-T-30TGW

**JOHN B. MANNING, et al.,**

    Respondents.
_____/

## ORDER OF DISMISSAL

Before the Court is the Petitioner's Notice of Voluntary Dismissal (Dkt. #17). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This case is dismissed.

2.    Any pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 16, 2011.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2010\10-mc-107.dismiss 17.wpd*